IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 26-cv-01543-NYW | Date: May 21, 2026 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| STANLEY CHIGOZIE NWABUWA, | Theodora Adoghe |
| Petitioner, | |
| v. | |
| WARDEN OF DENVER CONTRACT DETENTION FACILITY, AURORA, COLORADO, in his official capacity, ACTING FIELD OFFICE DIRECTOR, Denver Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, in his official capacity, MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, in his official capacity, TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity, and TODD BLANCHE, U.S. Attorney General, in his official capacity, | Elizabeth Puskar |
| Respondents. | |

### COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**2:35 p.m.       Court in session.**

Appearances of counsel.  Also present: Sean Christner, Respondents' representative.

Pending before the Court are Petitioner's Emergency Motion to Enforce Court Order; Order to Show Cause; Sanctions; and Order Requiring Respondents to Facilitate Petitioner's Return to the United States [Doc. 12] and Respondents' Motion for Expedited Ruling to Vacate Order Enjoining Respondents from Removing Petitioner from the United States (ECF No. 4) [Doc. 9].

The Court was alerted that Petitioner was removed from the United States of America to Nigeria despite the Court Order that he remain in the District of Colorado until and unless this Court or the United States Court of Appeals for the Tenth Circuit vacated the Order.

Ms. Puskar and Mr. Christner answer questions of the Court with respect to Petitioner being removed from the United States of America based on an administrative error.

Ms. Adoghe and Ms. Puskar answer questions of the Court with respect to the conferral between counsel with respect to rectifying the situation.

**ORDERED:**  **Petitioner's Emergency Motion to Enforce Court Order; Order to Show Cause; Sanctions; and Order Requiring Respondents to Facilitate Petitioner's Return to the United States [Doc. 12] is TAKEN UNDER ADVISEMENT.  The Court will issue a written Order.**

**ORDERED:**  **Respondents' Motion for Expedited Ruling to Vacate Order Enjoining Respondents from Removing Petitioner from the United States (ECF No. 4) [Doc. 9] is TAKEN UNDER ADVISEMENT.  The Court will issue a written Order.**

**2:59 p.m.**      **Court in recess.**

Hearing concluded.
Total time in court:     0:24