# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01543-NYW

STANLEY CHIGOZIE NWABUWA,

     Petitioner,

v.

WARDEN OF DENVER CONTRACT DETENTION FACILITY, Aurora, Colorado, in his official capacity,
ACTING FIELD OFFICE DIRECTOR, Denver Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, in his official capacity,
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, in his official capacity,
TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity, and
TODD BLANCHE, U.S. Attorney General in his official capacity,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Minute Order entered by United States District Judge Nina Y. Wang on July 24, 2026 [Doc. 23], it is

ORDERED that the Court's Order to Show Cause dated June 1, 2026, [Doc. 19 at 12–13], is DISCHARGED.  It is

FURTHER ORDERED that Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction [Doc. 17] is DENIED as moot.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Respondents and against Petitioner.  It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 24th day of July, 2026.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk